UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYANT ROMANO, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UDR, INC., a foreign profit corporation; and REALPAGE, INC., a foreign profit corporation,<br><br>Defendants. | NO. 2:26-cv-02788-JHC<br><br>**STIPULATED MOTION TO STAY RULE 26 DEADLINES IN AUGUST 14, 2026 ORDER**<br><br>**AND**<br><br>**ORDER**<br><br>**NOTE ON MOTION CALENDAR: September 10, 2026** |

Plaintiff BRYANT ROMANO ("Plaintiff") and Defendants UDR, INC. and REALPAGE, INC. (collectively "Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move pursuant to Local Civil Rule 7(j) to extend the deadlines for the FRCP 26(f) Conference, Initial Disclosures Pursuant to FRCP 26(a)(1), and Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) set by the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement issued on August 14, 2026, Dkt. 15 (the "Order"), by Judge Lin as follows:

**WHEREAS**, on August 5, 2026, pursuant to 28 U.S.C. §§ 1332(d) and 1441(a), Defendants noticed the removal of this action to the United States District Court for the Western District of Washington;

**WHEREAS**, the Parties jointly requested a fifty (50) day extension of Defendants' deadline to respond to the Complaint, through and including October 1, 2026, which the Court granted on August 14, 2026 by docket entry;

**WHEREAS**, the Court issued an Order regarding initial disclosures, joint status report, and early settlement on August 14, 2026, Dkt. 15, which set the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 9/11/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 9/25/2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 10/09/2026 |

**WHEREAS**, RealPage filed a Notice of Related Cases on August 17, 2026, indicating that the following case was related to this one: *Andrew Nicolas v. Essex Management Corp., et al.*, No. 26-cv-02770-JHC;

**WHEREAS**, this case was reassigned to Judge John H. Chun for all further proceedings on August 18, 2026;

**WHEREAS**, Defendants intend to respond to the Complaint, either by answering or moving to dismiss, on or before October 1, 2026;

**WHEREAS**, the Parties jointly request that the deadlines set by the Order be stayed until after a ruling on any motion(s) to dismiss filed by one or more Defendants (or, in the event Defendants do not move to dismiss, Defendants answer the Complaint);

**WHEREAS**, good cause exists for the requested stay of the deadlines set by the Order because Defendants require additional time to investigate the allegations in the Complaint, evaluate Plaintiff's claims and Defendants' potential defenses, coordinate among counsel, and prepare their response to the Complaint; the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report may be unnecessary or their scope may be modified by a ruling from the Court on any motion to dismiss that is filed; and the requested extension will permit the Parties to continue discussions that may narrow the issues in dispute and avoid unnecessary motion practice, thereby conserving the resources of the Parties and the Court;

**WHEREAS**, this is the Parties' first request to stay the deadlines set by the Court's August 14, 2026 Order Regarding Initial Disclosures and Joint Status Report, Dkt. 15;

**WHEREAS**, the requested extension will not affect any other dates or deadlines established by the Court because, other than the Order, no scheduling order has been entered in this matter, and no party will be prejudiced by the requested extension; and

**WHEREAS**, this Joint Stipulated Motion is filed in advance of the current deadlines and the requested stay is made in good faith, will not prejudice any party, and will not affect any other deadlines in this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, that the deadlines set by the Court's August 14, 2026 Order Regarding Initial Disclosures and Joint Status Report, Dkt. 15, shall be stayed pending a ruling on any motion(s) to dismiss filed by one or more Defendants (or, if no Defendant moves to dismiss, until Defendants answer the Complaint).

These deadlines shall be reset as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 30 days after a ruling on any motion(s) to dismiss filed by one or more Defendants or, if no Defendant moves to dismiss, following the filing of Defendants' answers to the Complaint |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 45 days after a ruling on any motion(s) to dismiss filed by one or more Defendants or, if no Defendant moves to dismiss, following the filing of Defendants' answers to the Complaint |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 60 days after a ruling on any motion(s) to dismiss filed by one or more Defendants or, if no Defendant moves to dismiss, following the filing of Defendants' answers to the Complaint |

Dated: September 10, 2026

Respectfully submitted,

**EMERY REDDY, PC**

By: *s/ Timothy W. Emery (by email permission)*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (pro hac vice forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiff*

**ASHURST PERKINS COIE US LLP**

By: *s/ Shylah R. Alfonso (by email permission)*
Shylah R. Alfonso, WSBA No. 33138
Marten King, WSBA No. 57106
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206-359-8000
Shylah.alfonso@ashurstperkins.com
marten.king@ashurstperkins.com

*Attorneys for Defendant UDR, Inc.*

**CORR CRONIN LLP**

By: *s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel.: (206) 625-8600 Fax: (206) 625-0900
sfogg@corrcronin.com
eharris@corrcronin.com

**GIBSON, DUNN & CRUTCHER LLP**
Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7296

*Attorneys for Defendant RealPage, Inc.*

**IT IS SO ORDERED.**

DATED: September 10, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE