**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BRYANT ROMANO, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UDR, INC., a foreign profit corporation; REALPAGE, INC., a foreign profit corporation;<br><br>Defendants. | Case No. 2:26-cv-02788-JHC<br><br>**JOINT STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**AND**<br><br>**ORDER** |

Plaintiff BRYANT ROMANO ("Plaintiff") and Defendants UDR, INC. and REALPAGE, INC. (collectively "Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move pursuant to LCR 7(d)(1), 7(j), and 10(g) to extend the deadline for Defendants to respond to the Complaint as follows:

**WHEREAS**, on July 6, 2026, Plaintiff filed the Complaint ("Complaint") in the Superior Court of the State of Washington, County of King, Case No. 26-2-21396-8 SEA;

**WHEREAS,** Defendants were served with a summons and the Complaint on July 7, 2026;

**WHEREAS,** the Parties stipulated to and were granted an extension of the deadline to

respond to the Complaint until September 10, 2026;

**WHEREAS**, on August 5, 2026, pursuant to 28 U.S.C. §§ 1332(d) and 1441(a), Defendants noticed the removal of this action to the United States District Court for the Western District of Washington;

**WHEREAS**, on August 11, 2026, the Parties filed a Stipulated Notice of Extension of Time for Defendants to Respond to the Complaint;

**WHEREAS,** on August 14, 2026, pursuant to the Parties' Stipulated Notice of Extension of Time for Defendants to Respond to the Complaint, the Court extended Defendants' deadline to respond to the Complaint until October 1, 2026;

**WHEREAS,** the Parties continue to engage in productive discussions about the substance of the Complaint and Plaintiff has agreed to amend the Complaint to narrow the allegations and claims currently therein;

**WHEREAS,** the Parties jointly request the Court (a) relieve Defendants of their obligation to respond to the Complaint on October 1, 2026, given Plaintiff's forthcoming amendment, (b) extend Defendants' deadline to respond to and/or move to dismiss Plaintiff's forthcoming amended complaint to sixty (60) days after Plaintiff files his Amended Complaint; Plaintiff shall have until sixty (60) days after Defendants file their response or move to dismiss to file a Second Amended complaint, or, file any opposition to any motion to dismiss; Defendants shall file any reply no later than thirty (30) days after Plaintiff files any opposition to any motion to dismiss;

**WHEREAS,** good cause exists for the requested extension because Defendants require additional time to investigate the allegations in the Complaint, evaluate Plaintiff's claims and Defendants' potential defenses, coordinate among counsel, and prepare their response to the Complaint, and the requested extension will permit the Parties to continue discussions that may narrow the issues in dispute and avoid unnecessary motion practice, thereby conserving the resources of the Parties and the Court;

**WHEREAS**, because Plaintiff has advised that he intends to file an Amended Complaint

that will supersede the operative Complaint, requiring Defendants to respond to the current Complaint in the interim would be inefficient and would likely necessitate successive rounds of responsive pleadings, such that deferring Defendants' response until sixty (60) days after the Amended Complaint is filed will conserve the resources of the Parties and the Court;

**WHEREAS**, this is the Parties' second request to extend Defendants' deadline to respond to the Complaint in this Court;

**WHEREAS**, on September 9, 2026, the Court granted the Parties' request to stay the deadline for a Rule 26(f) conference, deadline to exchange initial disclosures, and deadline to file a joint status report and discovery plan until 30, 45, and 60 days, respectively, after a ruling on any motion(s) to dismiss or the filing of Defendants' answers to the Complaint;

**WHEREAS,** the requested extension will not affect any other dates or deadlines established by the court;

**WHEREAS**, the Joint Stipulated Motion is filed in advance of the current response deadline and the requested extension is made in good faith and will not prejudice any party.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties:

1. Plaintiff shall file an amended complaint by no later than October 13, 2026.
2. Defendants UDR, Inc. and RealPage, Inc.'s deadline to respond to the Complaint is extended from October 1, 2026 to sixty (60) days after Plaintiff files an amended complaint.
3. Plaintiff shall have until sixty (60) days after Defendants file their response or move to dismiss to file a Second Amended complaint, or, file any opposition to any motion to dismiss.
4. Defendants shall file any reply no later than thirty (30) days after Plaintiff files any opposition to any motion to dismiss.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2026

**EMERY REDDY, PC**

By: *s/ Timothy W. Emery (by permission)*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

**BURSOR & FISHER, P.A.**

Yitzchak Kopel (admitted *pro hac vice)*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiff*

Respectfully submitted,

**ASHURST PERKINS COIE US LLP**

By: *s/ Shylah R. Alfonso (by permission)*
Shylah R. Alfonso, WSBA No. 33138
Marten King, WSBA No. 57106
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206-359-8000
Shylah.alfonso@ashurstperkins.com
marten.king@ashurstperkins.com

*Attorneys for Defendant UDR, Inc.*

**CORR CRONIN LLP**

By: *s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel.: (206) 625-8600 Fax: (206) 625-0900
sfogg@corrcronin.com
eharris@corrcronin.com

**GIBSON, DUNN & CRUTCHER LLP**

Jay Srinivasan (admitted *pro hac vice* )
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7296
jsrinivasan@gibsondunn.com

*Attorneys for Defendant RealPage, Inc.*